Marshall WINOKUR and Rae Winokur, Abe Brodsky and Celia Brodsky, and Ethelle Katz and Bertha Katz, Plaintiffs-Appellants,

v.

BELL FEDERAL SAVINGS AND LOAN ASSOCIATION, Home Federal Savings and Uptown Federal Savings and Loan Association of Chicago, Defendants-Appellees.

No. 75–1469.

United States Court of Appeals, Seventh Circuit.

Oct. 21, 1977.

ON PETITION FOR REHEARING.

Before FAIRCHILD, Chief Circuit Judge, SWYGERT, CUMMINGS, PELL, TONE and WOOD, Circuit Judges, and EAST, District Judge.*

ORDER

On consideration of the petition for rehearing, all the judges on the original panel have voted to deny rehearing.

The majority of the judges in regular active service have voted to deny rehearing en banc.

Accordingly, IT IS ORDERED that the aforesaid petition for rehearing be, and the same is hereby, DENIED.

---

* The Honorable William G. East, United States District Court for the District of Oregon, is sitting by designation.

Circuit Judges Sprecher and Bauer did not participate in the consideration of this matter. Judge Swygert voted to grant the rehearing *en banc* and accompanied his vote with the attached statement.